801 A.2d 1222

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Robert Chase CHEEK, Jr., Respondent.**

**Nos. 460, 501 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 17, 2002.

*O R D E R*

PER CURIAM:

AND NOW, this 17th day of July, 2002, there having been filed with this Court by Robert Chase Cheek, Jr., his verified Statement of Resignation dated June 17, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robert Chase Cheek, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.